No. 73–1360. BRAMSON ET AL. v. BUTZ, SECRETARY OF AGRICULTURE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 73–1375. CALIFORNIA HIGHWAY COMMISSION ET AL. v. LA RAZA UNIDA OF SOUTHERN ALAMEDA COUNTY ET AL. C. A. 9th Cir. Certiorari denied.

No. 73–1466. HOPKINSON ET AL. v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 73–1478. SANTELISES v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari denied.

No. 73–1487. DEMICHELE ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied.

No. 73–1492. GILL ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 73–1515. SCHAEF ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–1563. GRANT v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 73–1587. SWAFFORD v. ZINNAMON ASSOCIATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 73–1591. RODWAY v. AMOCO SHIPPING CO. ET AL. C. A. 1st Cir. Certiorari denied.